IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gordon P. Gallagher

Criminal Case No.:   12-po-00065 GPG                    Deputy: P. Howell
Date:    December 3, 2012                                        Recorder: Grand Junction

UNITED STATES OF AMERICA,                              Michelle Heldmyer

      Plaintiff,

v.

JAMES A. DERRYBERRY,                                        Colleen Scissors

      Defendant.
_____

MINUTE ORDER
_____

TO THE ABOVE NAMED PARTIES:

You are hereby advised that the Arraignment/Discovery Conference is now set for
December 11, 2012 at 1:30 p.m.